IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIANE AQUILINO :
: CIVIL ACTION
:
v. :
:
HARTFORD LIFE AND ACCIDENT : NO. 10-2044
INSURANCE COMPANY

## **ORDER**

AND NOW, this 31st day of August 2010, upon consideration of Plaintiff's request to expand discovery beyond the Administrative Record, Defendant's letter brief in opposition thereto (Doc. 16), Plaintiff's letter brief in response (Doc. 17), and Defendant's letter brief in reply (Doc. 18), it is HEREBY ORDERED that Plaintiff's request for discovery beyond the Administrative Record is DENIED.[5]

BY THE COURT:

/s/ Elizabeth T. Hey
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE

---

[5] By separate Order, I will schedule a teleconference with counsel to schedule the remainder of this case.